■ In the Matter of JOSEPH HARVEY, Appellant, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and FRANK PAYNE, Respondent.—In a proceeding, *inter alia,* to validate a petition designating Joseph Harvey as a candidate in the Liberal Party primary election to be held on September 9, 1980 for the public office of Member of the Assembly from the 32nd Assembly District, the appeal is from a judgment of the Supreme Court, Queens County, dated August 18, 1980, which, *inter alia,* dismissed the proceeding. By order dated August 26, 1980 this court remanded the matter to Special Term to make appropriate specific findings of fact with respect to its invalidation of appellant's designating petition and held the appeal in abeyance in the interim. Special Term has now complied. Judgment affirmed, without costs or disbursements. The findings of fact are sufficient to sustain Special Term's determination. Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.

■ In the Matter of GORDON HASKELL, Respondent, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and BARRY HUROWITZ, Appellant.—In a proceeding, *inter alia,* to invalidate petitions designating Barry Hurowitz as a candidate in the Democratic Party primary election to be held on September 9, 1980, for the public office of Civil Court Judge for the 1st Municipal District, the appeal is from a judgment of the Supreme Court, Kings County, dated August 21, 1980 which granted the application. Judgment reversed, on the law, without costs or disbursements, proceeding dismissed and the board of elections is directed to place the name of Barry Hurowitz on the appropriate ballot (see *Matter of Rodriguez v Izzo,* 78 AD2d 529). Mollen, P. J. Damiani, Mangano and Gulotta, JJ., concur.